# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRY HALAJIAN, | ) | 1:10cv01358 LJO DLB |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ISSUE SUMMONS |
| Plaintiff, | ) | |
| | ) | ORDER DIRECTING PLAINTIFF TO SERVE |
| v. | ) | FIRST AMENDED COMPLAINT WITHIN |
| | ) | 120 DAYS |
| THE CITY OF FRESNO, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Barry Halajian ("Plaintiff"), appearing pro se, filed the instant action pursuant to 42 U.S.C. § 1983 on July 30, 2010. Pursuant to Court order, he filed a First Amended Complaint on September 7, 2010. He names The City of Fresno, Fresno Police Chief Jerry Dyer, Fresno Police Officer Matt Pantages, Frontier Auto Body & Towing and Chris Clark as Defendants. Plaintiff paid the filing fee and is therefore not appearing in forma pauperis.

The Clerk of the Court is DIRECTED to issue summons.

Plaintiff is not proceeding in forma pauperis and is therefore responsible for serving Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Unless good cause for an extension of time is shown, Plaintiff must complete service of process and file proof thereof with the Court within 120. Fed. R. Civ. P. 4(m). The following two sections contain instructions on how to serve Defendants.

A. <u>**Waiver of Service**</u>

Plaintiff has the option of notifying Defendants of the commencement of this action and requesting that they waive service of the summons. Fed. R. Civ. P. 4(d)(1). If Plaintiff wishes to do this, he must mail each Defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service of Summons," (3) a copy of the First Amended Complaint, and (4) a copy of this order. The documents must be addressed directly to each Defendant (<u>not a governmental entity</u>), and the documents must be sent by first-class mail or other reliable means. <u>Id.</u> The Waiver of Service of Summons form must set forth the date on which the request is sent and must allow each Defendant at least thirty days to return the waiver to Plaintiff. If Defendants sign and return the waiver forms to Plaintiff, Plaintiff must then file the forms with the Court. After filing the forms with the Court, Plaintiff does not need to do anything further to serve Defendants. Fed. R. Civ. P. 4(d)(4).

B. <u>**Personal Service**</u>

Plaintiff must effect personal service on any Defendants whom Plaintiff does not request to waive service and on any Defendants who are requested to waive service but fail to return the Waiver of Service of Summons form to Plaintiff. In either situation, the summons, a copy of the First Amended Complaint, and a copy of this order must be personally served on each Defendant (<u>not a governmental entity</u>). <u>Plaintiff may not effect personal service himself</u>. Fed. R. Civ. P. 4(c)(2). <u>Service may be effected by any person who is not a party to this action and who is at least eighteen years old</u>. <u>Id.</u> Plaintiff should review Rule 4(e), as it more fully addresses how personal service is effected.

**ORDER**

In accordance with the above, it is HEREBY ORDERED that:

1. The Clerk of the Court shall issue and send Plaintiff five summonses, and shall send Plaintiff one copy of the following documents:

    a) First Amended Complaint filed on September 7, 2010;

    b) "Notice of Lawsuit and Request for Waiver of Service of Summons;" and

    c) "Waiver of Service."

2. Plaintiff shall complete service of process on Defendants within **120 days** from the date of service of this order; and

3. Unless good cause is shown, Plaintiff's failure to complete service of process on Defendants and to file proof thereof with the Court within 120 days <u>will result in dismissal of this action.</u>

IT IS SO ORDERED.

**Dated:** **September 13, 2010**                         /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE