IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HALAJIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | 1:10-CV-01358 AWI DLB<br><br>ORDER VACATING FEBRUARY 7, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Currently pending before this Court are two motions to dismiss. These motions are set for hearing on February 7, 2011, at 1:30 p.m. in Courtroom No. 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 7, 2011, is VACATED, and the parties shall not appear at that time. As of February 7, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 2, 2011

　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE